**Supplemental Motion Granted in part, and Order filed December 14, 2011.**



In The

# Fourteenth Court of Appeals
————————

## NO. 14-11-01039-CV
————————

## IN RESXP ANALYTICS, LLC, and EMMANUEL M. MAMALAKIS, Relators

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**133rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-27796**

# O R D E R

On December 2, 2011, relators, SXP Analytics, LLC and Emmanuel M. Mamalakis, filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code § 22.221. Relators ask this court to compel the Honorable Jaclanel McFarland, Judge of the 133rd District Court of Harris County, to set aside her order dated October 24, 2011, entered in trial court cause number 2011-27796, styled *Vitaliy Godlevsky v. SXP Analytics, LLC, Jepp Financial LLC, and Emmanuel M. Mamalakis,* denying their motion for the court to decline jurisdiction on the basis of *forum non conveniens*, and direct her to grant the motion.

On December 13, 2011, relators filed a motion for a temporary stay of discovery

and all proceedings in the trial court. *See* Tex. R. App. P. 52.8(b), 52.10. On December 14, 2011, this court denied the motion. After this court issued its ruling, relators filed a supplement to their emergency motion. In the motion, relators assert that the real party in interest, Vitaliy Godlevsky, filed a request for an anti-suit injunction against relators, seeking to enjoin further prosecution of a related suit filed in Wisconsin, and the motion is set for a hearing on December 19, 2011.

It appears from the facts stated in the petition that relators' request for relief requires further consideration and that relators will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relators' supplemental motion in part and **ORDER** all proceedings related to the anti-suit injunction request filed in trial court cause number 2011-27796, styled *Vitaliy Godlevsky v. SXP Analytics, LLC, Jepp Financial LLC, and Emmanuel M. Mamalakis,* are **STAYED** until a final decision by this court on relators' petition for writ of mandamus, or until further order of this court.

In addition, the court has requested that the real party in interest, Vitaliy Godlevsky, file a response to the petition for writ of mandamus on or before **December 28, 2011.**

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Boyce and Christopher.

2